UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES FARRELL,<br><br>           Plaintiff,<br><br>vs.<br><br>GW PHARMACEUTICALS PLC, GEOFFREY GUY, JUSTIN GOVER, CABOT BROWN, DAVID GRYSKA, CATHERINE MACKEY, JAMES NOBLE, ALICIA SECOR, WILLIAM WALDEGRAVE, JAZZ PHARMACEUTICALS UK HOLDINGS LIMITED, and JAZZ PHARMACEUTICALS PUBLIC LIMITED COMPANY.<br><br>           Defendants. | Case No.: 1:21-cv-02344-PAE<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff James Farrell ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: April 22, 2021

Respectfully submitted,

*/s/ Evan J. Smith*

**BRODSKY SMITH**

Evan J. Smith
240 Mineola Boulevard
Mineola, NY 11501
Phone: (516) 741-4977
Facsimile (561) 741-0626

*Counsel for Plaintiff*